UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-09207-RGK (JCx) | Date | December 6, 2011 |
|---|---|---|---|
| Title | Sanguan Rangsiyananta v. Equable Ascent Financial, LLC | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| V. Del Rio for S. Williams | Not Reported | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS)** Defendant's Motion to Dismiss Case (DE 4)

   The Court hereby advises counsel that the above-referenced motion, noticed for hearing on December 12, 2011, has been taken **under submission** and off the motion calendar.  **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

   **IT IS SO ORDERED.**

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |